1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

10  SCOTT JOHNSON,                          Case No. 17-cv-03261   NC

11                    Plaintiff,            **ORDER OF CONDITIONAL DISMISSAL**

12         v.                               Re: Dkt.  32

13  PFLP, LLC, et al.,

14                    Defendants.

15

16      The Court having been notified of the settlement of this action, and it appearing that

17  no issue remains for the Court's determination,

18      IT IS HEREBY ORDERED THAT this action and all claims asserted herein are

19  DISMISSED with prejudice.  In the event that the settlement is not reached, any party may

20  move to reopen the case, provided that such motion is filed within sixty days.  All

21  scheduled dates are VACATED.

22      IT IS SO ORDERED.

23      Dated:   January 24, 2018

24                                          Nathanael M. Cousins
                                            United States Magistrate Judge
25

26

27

28